**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-61597-CIV-SMITH**

XIAOYUN CHEN,

                              Plaintiff,

    v.

The Individuals, Partnerships And Unincorporated
Associations Identified On Schedule A,

                              Defendants.     /

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

    Plaintiff, Xiaoyun Chen, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the following Defendants without prejudice.

    Defendant No. 45 allyoucanbuystore,

    Defendant No. 54 feak_6300,

    Defendant No. 55 good_time_shop,

    Defendant No. 57 itavada_0,

    Defendant No. 58 jongocheng,

    Defendant No. 59 libbyslibrary,

    Defendant No. 60 mazuz_best_shop17,

    Defendant No. 62 mugoaman,

    Defendant No. 63 newdayprojectstore,

    Defendant No. 65 onai02,

    Defendant No. 68 pufad85,

    Defendant No. 69 rachmayunp_0,

    Defendant No. 72 sayapputih,

Defendant No. 73 slu.nosl.urprjo,

Defendant No. 75 stayfocuson99,

Defendant No. 76 sukses65,

Defendant No. 79 thebluestores,

Defendant No. 82 tomites2,

Defendant No. 85 zengqy018,

Defendant No. 87 Newtonstein,

Defendant No. 93 Borke,

Defendant No. 94 Chancet,

Defendant No. 95 Cycle-Topshop,

Defendant No. 96 duretiony,

Defendant No. 104 JOYBUY,

Defendant No. 107 PENTIUM.

Dated September 16, 2024.                    Respectfully submitted,

/s/ Andrew J. Palmer
Andrew J. Palmer
Jared W. Gasman Attorney, P.A.
5353 N. Federal Highway, Suite 402
Fort Lauderdale, FL 33308
Phone: 954-771-7050
ajpalmer@gasmanlaw.com
dkang@gasmanlaw.com