**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-61597-CIV-SMITH**

XIAOYUN CHEN,

                    Plaintiff,

    v.

The Individuals, Partnerships And Unincorporated Associations Identified On Schedule A,

                    Defendants.      /

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

    Plaintiff, Xiaoyun Chen, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Defendant No.71 rose-california without prejudice.

Dated September 18, 2024.                Respectfully submitted,

                                            /s/ Andrew J. Palmer
                                            Andrew J. Palmer
                                            Jared W. Gasman Attorney, P.A.
                                            5353 N. Federal Highway, Suite 402
                                            Fort Lauderdale, FL 33308
                                            Phone: 954-771-7050
                                            ajpalmer@gasmanlaw.com