UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61597-CIV-SMITH

XIAOYUN CHEN,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice [DE 13 and DE 14]. Upon consideration, it is

**ORDERED** that Plaintiff's claims against the following Defendants are **DISMISSED without prejudice**:

    Defendant No. 45, allyoucanbuystore;

    Defendant No. 54, feak_6300;

    Defendant No. 55, good_time_shop;

    Defendant No. 57, itavada_0;

    Defendant No. 58, jongocheng;

    Defendant No. 59, libbyslibrary;

    Defendant No. 60, mazuz_best_shop17;

    Defendant No. 62, mugoaman;

    Defendant No. 63, newdayprojectstore;

    Defendant No. 65, onai02;

Defendant No. 68, pufad85;

Defendant No. 69, rachmayunp_0;

Defendant No.71, rose-california;

Defendant No. 72, sayapputih;

Defendant No. 73, slu.nosl.urprjo;

Defendant No. 75, stayfocuson99;

Defendant No. 76, sukses65;

Defendant No. 79, thebluestores;

Defendant No. 82, tomites2;

Defendant No. 85, zengqy018;

Defendant No. 87, Newtonstein;

Defendant No. 93, Borke;

Defendant No. 94, Chancet;

Defendant No. 95, Cycle-Topshop;

Defendant No. 96, duretiony;

Defendant No. 104, JOYBUY; and

Defendant No. 107 PENTIUM.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 2nd day of October, 2024.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record