UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61597-CIV-SMITH

XIAOYUN CHEN,

                          Plaintiff,

v.

The Individuals, Partnerships And Unincorporated
Associations Identified On Schedule A,

                          Defendants.         /

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO POST BOND**

Plaintiff, Xiaoyun Chen ("Plaintiff"), by and through his undersigned counsel, respectfully requests a modest four-day extension of time to post the bond ordered in the Court's Sealed Temporary Restraining Order ("TRO"). *See* DE 14[1]. In support of this motion, Plaintiff states as follows:

1.      On October 2, 2024, the Court issued the TRO restraining and enjoining the Defendants identified in Schedule A to the TRO.

2.      The TRO orders Plaintiff to post a bond in the amount of ten thousand dollars ($10,000), as payment for damages to which Defendants may be entitled for a wrongful injunction or restraint, by October 7, 2024.

3.      Plaintiff is diligently attempting to acquire the necessary funds to satisfy the bond requirement. However, due to the Chinese National Day holiday (October 1 to October 7) and the

---

[1] A hearing is scheduled for October 16, 2024, for the defendants and/or any other affected person to challenge the appropriateness of the order. No party will be prejudiced by the granting of the extension.

1

fact that the bank is not open for business, it has been challenging for Plaintiff in China to post the bond on time.

4. Pursuant to Federal Rule Civil Procedure 65(b)(1)(A), a Court, for good cause shown, has discretion to extend deadlines if a request is made before the deadline expires.

WHEREFORE, Plaintiff respectfully requests a modest four-day extension of time to post the bond, up to and including Friday, October 11, 2024.

Dated this 5th day of October 2024.       Respectfully submitted,

Andrew J. Palmer
Jared W. Gasman Attorney, P.A.
5353 N. Federal Highway, Suite 402
Fort Lauderdale, FL 33308
Phone: 954-771-7050
ajpalmer@gasmanlaw.com