UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 23-CV-61597

XIAOYUN CHEN,
Plaintiff,
v.
THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"
Defendants.
_____/

## UNOPPOSED MOTION TO WITHDRAW REPRESENTATION

Jianyin Liu, Esq., on behalf of Law Offices of James Liu PLLC hereby requests that this Court grant his withdrawal as counsel for the following defendant due to mistake from the client and the opposing counsel did not object to the motion.

| Platform | Doe | Store Name | Store ID |
|---|---|---|---|
| Amazon | 30 | RuibeiStore | A7H8O1VX5PQGB |

Respectfully submitted on Oct. 11, 2024.
/s/ Jianyin Liu
Jianyin Liu, Esq.
FBN: 1007675
The Law Offices of James Liu PLLC
9010 SW 25th St Unit 1,
Miami, FL 33165
Ph: (305) 209 6188
Email: jamesliulaw@gmail.com

## CERTIFICATE OF GOOD-FAITH CONFERRAL

I HEREBY CERTIFY that I conferred with the opposing counsel that is the only other party in the instant case and he did not oppose to this motion, on Oct. 11, 2024.

/s/ Jianyin Liu

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true copy of the foregoing was sent to all parties via CM/ECF on Oct. 11, 2024.

/s/ Jianyin Liu